THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 03-001609-01-FC

| | | |
|---|---|---|
| State of Michigan vs. Michon Desmond Houston | § § § § § § § | Location: Criminal Division<br>Judicial Officer: Jones, Vera Massey<br>Filed on: 01/29/2003<br>Case Number History: 02069314-01<br>02231167-01<br>Case Tracking Number: 02231167-01 |

*ACH#200800020014-A* (handwritten)

---

### CASE INFORMATION

| Offense | Deg | Date | | |
|---|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated<br>    Arrest: | . | 11/26/2002 | Case Type: | Capital Felonies |
| 2. Weapons Felony Firearm<br>    Arrest: | . | 11/26/2002 | Case Status: | 04/22/2003  Final |
| 3. Weapons - Firearms - Possession By Felon<br>    Arrest: | . | 11/26/2002 | | |

**Statistical Closures**
04/07/2003    Jury Verdict

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | State of Michigan | McNichols, Lisa A. |
| **Defendant** | Houston, Michon Desmond | Lankford, David E.  (313) 967-5555<br>*Retained* |
| **Appellate Attorney** | Office, Appellate Defenders | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/26/2002 | Recommendation for Warrant | |
| 01/27/2002 | Warrant Signed | |
| 12/11/2002 | Arraignment On Warrant (Judicial Officer: Anderson, Charles W., III)<br>    Resource: Court Rpt/Rec 1403 Peterson, Cheryl<br>    *Held* | |
| | 12/11/2002    Plea (Judicial Officer: Anderson, Charles W., III)<br>        3. Weapons - Firearms - Possession By Felon<br>            Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>        2. Weapons Felony Firearm<br>            Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>        1. Homicide - Murder First Degree - Premeditated<br>            Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 12/11/2002 | Interim Condition for Houston, Michon Desmond (Judicial Officer: Anderson, Charles W., III)<br>    - Remand | |
| 12/23/2002 | To Waive The 12 Day Rule | |
| | 12/23/2002    Filed | |

| | |
|---|---|
| 12/23/2002 | **Preliminary Exam** (Judicial Officer: Langston, Deborah L)<br>Resource: Court Rpt/Rec 82 Wilson, Sandra<br>*Adjourned: At The Request Of The Defense* |
| 01/13/2003 | Motion for a Continuance Filed/Signed |
|     01/13/2003 | Signed And Filed |
| 01/13/2003 | **Preliminary Exam** (Judicial Officer: O'Banner-Owens, Jeanette)<br>Resource: Court Rpt/Rec 4318 Smith, Laura<br>*Adjourned: At The Request Of The Prosecution* |
| 01/29/2003 | Motion To Assign Counsel Filed/Signed |
| 01/29/2003 | Trial Docket |
|     01/29/2003 | Filed |
| 01/29/2003 | **Preliminary Exam** (Judicial Officer: Coleman, Donald)<br>Resource: Court Rpt/Rec 6485 White-Moore, Sherrayna<br>*Held: Bound Over* |
|     01/29/2003 | Bound Over |
| 01/31/2003 | **Case Assignment** (Judicial Officer: Judge Assignment, AOI)<br>Resource: Court Rpt/Rec 3001 Culver, Deborah<br>*Trial Docket* |
| 02/05/2003 | Motion For Discovery Filed |
|     02/05/2003 | Granted - Order Signed and Filed |
| 02/05/2003 | **Arraignment On Information** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec 6060 Nagy, Lorraine<br>*Held* |
| 02/05/2003 | **Calendar Conference** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec 6060 Nagy, Lorraine<br>*Held* |
| 02/05/2003 | **Disposition Conference** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec 6060 Nagy, Lorraine<br>*Held* |
| 03/14/2003 | **Final Conference** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec CRMD82 Dillard, Marilyn<br>*Held* |
| 04/02/2003 | **Jury Trial** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec 5702 Finch, Debra<br>*In Progress* |
| 04/03/2003 | **Jury Trial** (Judicial Officer: Jones, Vera Massey)<br>Resource: Court Rpt/Rec 5702 Finch, Debra<br>*In Progress* |
| 04/04/2003 | **Jury Trial** (Judicial Officer: Jones, Vera Massey) |

|            |                                                                                                          |
|------------|----------------------------------------------------------------------------------------------------------|
|            | Resource: Court Rpt/Rec 3001 Culver, Deborah  <br> *Adjourned:Court Not In Session* |
| 04/07/2003 | Refer To Probation For A Report |
| 04/07/2003 | **Jury Trial** (Judicial Officer: Jones, Vera Massey)  <br> Resource: Court Rpt/Rec 5702 Finch, Debra  <br> *Held* |
| 04/07/2003 | Found Guilty By Jury |
| 04/07/2003 | **Disposition** (Judicial Officer: Jones, Vera Massey)  <br> 3. Weapons - Firearms - Possession By Felon  <br>   Found Guilty by Jury  <br> 2. Weapons Felony Firearm  <br>   Found Guilty by Jury  <br> 1. Homicide - Murder First Degree - Premeditated  <br>   Found Guilty by Jury |
| 04/22/2003 | **Sentencing** (Judicial Officer: Jones, Vera Massey)  <br> Resource: Court Rpt/Rec 3521 Payne, Janice  <br> *Held* |
| 04/22/2003 | **Sentence** (Judicial Officer: Jones, Vera Massey)  <br> 3. Weapons - Firearms - Possession By Felon  <br>   Prison Sentence  <br>   Condition - Adult:  <br>     1. Adult Criminal Sentence, CONSEC TO FFA 04/22/2003, Active 04/22/2003  <br>   State Confinement:  <br>     Agency: Michigan Department of Corrections  <br>     Effective 12/12/2004  <br>     Term: 1 Yr 6 Mo 0 Days to 5 Yr 0 Mo 0 Days  <br> 2. Weapons Felony Firearm  <br>   Prison Sentence  <br>   Condition - Adult:  <br>     1. Adult Criminal Sentence, 132DCR 04/22/2003, Active 04/22/2003  <br>   State Confinement:  <br>     Agency: Michigan Department of Corrections  <br>     Effective 4/22/2003  <br>     Term: 2 Yr 0 Mo 0 Days to 0 Yr 0 Mo 0 Days  <br> 1. Homicide - Murder First Degree - Premeditated  <br>   Prison Sentence  <br>   Condition - Adult:  <br>     1. Adult Criminal Sentence, CONSEC TO FFA 04/22/2003, Active 04/22/2003 |
| 05/22/2003 | Claim Of Appeal (Circuit) Filed |
| 05/22/2003 | Filed |
| 06/30/2003 | Transcript |
| 06/30/2003 | Filed |
| 08/13/2003 | Transcript Of Sentence |
| 08/13/2003 | Filed |
| 09/22/2003 | Transcript Of Arraignment On Information |
| 09/22/2003 | Filed |

| Date | Action |
|---|---|
| 11/09/2004 | Appellate Court Decision; Affirms Lower Court |
| 11/09/2004 | Signed And Filed |
| 05/31/2005 | Application For Leave To Appeal (Circuit) |
| 05/31/2005 | Denied By The Supreme Court |
| 07/18/2005 | Motion For Relief From Judgment |
| 07/18/2005 | Filed |
| 07/25/2005 | Motion For Relief From Judgment |
| 07/25/2005 | Rejected |
| 08/30/2005 | Motion For Relief From Judgment |
| 08/30/2005 | Erroneous Entry |
| 09/08/2005 | Brief Or Memorandum of Law |
| 09/08/2005 | Denied - Order Signed and Filed |
| 10/17/2005 | *CANCELED* Post Conviction *Not Held And/Or Disposed* |
| 11/29/2005 | *CANCELED* Post Conviction *Not Held And/Or Disposed* |
| 06/12/2006 | Application For Leave To File A Delayed Appeal (Circuit) |
| 06/12/2006 | Denied By The Court Of Appeals |
| 06/18/2006 | Motion To Assign Counsel Filed/Signed |
| 06/18/2006 | Denied By The Court Of Appeals |
| 06/18/2006 | Appellate Court Decision To Remand to Lower Court |
| 06/18/2006 | Denied By The Court Of Appeals |
| 06/18/2006 | Application For Leave To File A Delayed Appeal (Circuit) |
| 06/18/2006 | Denied By The Court Of Appeals |
| 08/29/2006 | Motion For Relief From Judgment |
| 08/29/2006 | Filed |
| 11/15/2006 | Motion For Relief From Judgment |
| 11/15/2006 | Denied - Order Signed and Filed |
| 01/03/2007 | *CANCELED* Post Conviction *Not Held And/Or Disposed* |
| 12/28/2007 | Application For Leave To Appeal (Circuit) |

**THIRD JUDICIAL CIRCUIT OF MICHIGAN**
# REGISTER OF ACTIONS
## CASE NO. 03-001609-01-FC

| | |
|---|---|
| 12/28/2007 | Denied By The Supreme Court |