248742

STATE OF MICHIGAN

IN THE WAYNE COUNTY CIRCUIT COURT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiffs,

v.                              No. 03-1609-01

MICHON D. HOUSTON,

    Defendant.
_____/

    Proceedings held before the HONORABLE VERA MASSEY JONES, Wayne County Circuit Court Criminal Division Judge, on Wednesday, February 5, 2003, at 1441 St. Antoine, Detroit, Michigan.

APPEARANCES:

WAYNE COUNTY PROSECUTOR'S OFFICE
1441 St. Antoine
Room 1233
Detroit, Michigan 48226
   (By:  Rodney P. Hassinger, Esq.)

        Appearing on behalf of People
          of the State of Michigan

LEGAL AID & DEFENDERS ASSOCIATION, INC.
645 Griswold Street
Suite 2350
Detroit, Michigan 48226

        Appearing on behalf of the Defendant
          Michon D. Houston

LORRAINE H. NAGY, CSMR 6060
COURT REPORTER

TAPPERT COURT REPORTING SERVICE, INC.

```
 1                                                                    2
 2                          I N D E X
 3    Witness/Proceedings                                          Page
 4         No witnesses called
 5
 6
 7
 8
 9
10                              EXHIBITS
11    Exhibit No.          Identification                      Admitted
12         No exhibits offered
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    Detroit, Michigan
 2                    Wednesday, February 5, 2003
 3                    At or about 9:13 a.m.
 4                      -    -    -
 5                    THE CLERK:  This is case No. 03-1609,
 6     People v. Michon Houston.
 7                    This matter is before the Court for
 8     arraignment on the Information.
 9                    He is charged with:
10                    Count I, murder in the first degree.
11                    Count II, felony firearm.
12                    Count III, felon in possession of a
13     firearm.
14                    MR. LANKFORD:  Good morning, David
15     Lankford on behalf of Mr. Houston, your Honor.
16                    We waive the formal reading and stand
17     mute.
18                    MR. HASSINGER:  Rod Hassinger on
19     behalf of the People.  Good morning, your Honor.
20                    THE COURT:  Good morning.
21                    I want to be sure I have a correct
22     copy of the Information in the file.
23                    The Information alleges the date of
24     the offense as being September 6, 2002 at West
25     Vernor, Vista and Linwood in the City of Detroit in
```

1   a vacant lot.
2           Count I alleges first degree
3   premeditated murder. The alleged victim being a
4   Carlton Thompson, which carries a maximum of life in
5   prison -- well, premeditated natural life in prison.
6           Count II is possession of a firearm
7   by a felon, which carries a maximum of five years in
8   prison.
9           Count III is possession of felony
10  firearm, which carries a mandatory two years, and
11  that would have to be done before any time could be
12  done on the underlying.
13          And there is a habitual offense
14  fourth notice filed, which even makes, as I
15  understand it, the possession of a firearm by a
16  felon, it would increase the maximum on that to
17  life.
18          Is that a correct copy of the
19  Information?
20          MR. HASSINGER: I believe so, your
21  Honor.
22          MR. LANKFORD: Yes, your Honor.
23          THE COURT: We'll order that a plea
24  of not guilty be entered for the Defendant.
25          All motions for discovery will be

```
 1    automatically allowed, as long as the order is
 2    signed by the prosecution.
 3                 Anything you cannot agree upon,
 4    please make it the subject of a separate motion.
 5                 All motions shall be time stamped and
 6    filed not later than February 28th.  They'll be
 7    heard on March 7th, and the final conference will be
 8    conducted on March 14th.
 9                 This is a no reduced plea at this
10    time?
11                 MR. HASSINGER:  That's correct,
12    Judge.
13                 THE COURT:  Estimated number of
14    people's witnesses?
15                 MR. HASSINGER:  Ten, your Honor.
16                 THE COURT:  Estimate number of
17    defense witnesses?
18                 MR. LANKFORD:  Three, your Honor.
19                 THE COURT:  Any other cases pending
20    against your client?
21                 MR. LANKFORD:  Yes, your Honor.  We
22    have a schedule trial on an assault with intent to
23    murder involving this person on March 3rd in front
24    of your Honor.
25                 MR. HASSINGER:  Judge, that's the
```

1  case, to refresh the Court's recollection, that we
2  set another case on that date. I believe on Friday,
3  and you told me to remind your Honor that we were
4  going to reschedule that case.
5          THE COURT: Yes. We would rather try
6  the first degree murder case first.
7          MR. LANKFORD: And when we were here
8  last -- I don't have that file, but when we were
9  here, I did inform the Court that he had a pending
10 examination on the first degree --
11         THE COURT: Yes. We're not going to
12 that March date, I've already filled it with
13 something else.
14         MR. LANKFORD: Okay.
15         THE COURT: Okay.
16         MR. LANKFORD: All right.
17         THE COURT: I'm signing the Order
18 granting discovery.
19         Are there any other matters you wish
20 to bring to the Court's attention?
21         MR. LANKFORD: None by defense.
22         MR. HASSINGER: No, your Honor.
23         THE COURT: And the other case, we'll
24 have to pull it. It will follow this one. So we'll
25 have the final conference adjourned to March 14th.

```
 1                    MR. HASSINGER:  Thank you, your
 2    Honor.
 3                    MR. LANKFORD:  On the other matter as
 4    well, your Honor?
 5                    THE COURT:  That's this case, March
 6    14th, and the other matter, March 14th.
 7                    MR. LANKFORD:  Thank you.
 8                    MR. HASSINGER:  Thank you, your
 9    Honor.
10                         (Proceedings concluded at 9:22
11                         a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

STATE OF MICHIGAN )
                      ) ss.
COUNTY OF WAYNE )

I, Lorraine H. Nagy, hereby certify that I reported the foregoing proceedings at the time and place hereinbefore set forth; that the same was later reduced to typewritten form; and that the foregoing is a true, full and correct transcript of said proceedings.

_____
Lorraine H. Nagy, CSMR 6060
Tappert Court Reporting
Service, Inc.

Dated: September 9, 2003