

ORIGINAL

STATE OF MICHIGAN
COUNTY OF WAYNE
THIRD JUDICIAL CIRCUIT COURT - CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF MICHIGAN,

    vs.                                      Case No. 03-001609

MICHON D. HOUSTON,

            Defendant.
_____/

**SENTENCE**

BEFORE THE HONORABLE VERA MASSEY JONES
CIRCUIT COURT JUDGE

Detroit, Michigan - Tuesday, April 22, 2003

APPEARANCES:

For the People:    LISA McNICHOLS (P63531)
                    Wayne County Prosecutor's Office
                    1441 St. Antoine, 12th Floor
                    Detroit, Michigan  48226-2302
                    (313) 224-5777

For the Defendant:  DAVID E. LANKFORD (P43536)

Court Reporter:    JANICE I. PAYNE, CSMR 3521
                    (313) 224-2487

APPROVED
8-13-03

TABLE OF CONTENTS

WITNESSES:                                                    PAGE

    NONE


EXHIBITS:                                              MARKED   ADMITTED

    NONE

```
 1                    Detroit, Michigan
 2                    Tuesday, April 22, 2003
 3                    At about 12:17 p.m.
 4                    (All parties present.)
 5               THE CLERK:  Case number 02-14431, 03-2386,
 6     and 03-1609; People versus Michon Houston.  He's here
 7     for sentencing and disposition -- I'm sorry -- and
 8     final conference.
 9               MR. LANKFORD:  Your Honor, David Lankford on
10     behalf of Mr. Houston on all three matters.  I take it
11     the Court wanted to address the sentencing first?
12               THE COURT:  Yes.
13               MR. LANKFORD:  Your Honor, we've --
14               MS. McNICHOLS:  Can I just put my name on the
15     record?
16               MR. LANKFORD:  I'm sorry.
17               MS. McNICHOLS:  Lisa McNichols on behalf of
18     the People.
19               MR. LANKFORD:  My apologies.
20                    Your Honor, we've reviewed the
21     Presentence Report.  Obviously, on this type of verdict
22     --
23               THE COURT:  Ah, tell me, are there any
24     corrections or additions to be made to the Presentence
25     Report?
```

```
 1              MR. LANKFORD:  No, ma'am, there are not.
 2              THE COURT:  Okay.  Now go ahead.
 3              MR. LANKFORD:  Obviously, on this type of
 4    verdict there's not a whole lot.  There's no guideline
 5    issues.
 6              I guess what I need to do is, number
 7    one, I wish that the verdict had come back different,
 8    Mr. Houston, and I advise you to appeal.
 9              Judge, for purposes of the sentencing, I
10    have to take the verdict.  And I guess all I can really
11    say is that, you know, Mr. Houston, throughout the
12    course of my representation, he's always been an
13    excellent client.  I mean, he's a bright, intelligent
14    young man.  We've discussed things very objectively,
15    very straight-forwardly.  His understanding was
16    excellent.
17              You know, increasingly, I think in these
18    matters that we've just got a lot of people who are
19    potentially wasting their lives.  They are causing
20    their lives to get wasted.
21              I think that's probably pretty much it.
22              THE COURT:  This was a first degree murder
23    conviction.  Anything from the People?
24              MS. McNICHOLS:  No, your Honor.
25              THE COURT:  Anything Mr. Houston would like
```

```
1    to say?
2              DEFENDANT HOUSTON:  Verbal notice of an
3    appeal.
4              MR. LANKFORD:  Right there.
5              THE COURT:  Oh, of course, we're going to
6    give it to you.
7              MR. LANKFORD:  They're going to hand you that
8    form in just a moment, sir.
9              THE COURT:  Anything else?
10             DEFENDANT HOUSTON:  No, that's it.
11             THE COURT:  I can't hear you.
12             DEFENDANT HOUSTON:  No, that's basically it.
13             THE COURT:  Okay.  And I might tell you, the
14   only thing the appeal will take care of is any legal
15   questions.  Factual matters that the jury decided will
16   not be changed by an appeal.
17             DEFENDANT HOUSTON:  Right.
18             THE COURT:  On the first degree murder, I
19   sentence the defendant to natural life in prison.
20             On the possession of a firearm by a
21   felon, I sentence the defendant to serve one and a half
22   to five years.
23             On the felony firearm, I sentence him to
24   the mandatory two years.  He'll have to do the time on
25   that before he can do any time on the underlying
```

1  offenses.

2  The underlying offenses, that is, the
3  murder first degree and the possession of a firearm by
4  a felon can be served together.

5  Now, you may file an Application for
6  Leave to appeal your conviction and sentence to a
7  higher court. If you're without funds to hire a
8  lawyer, you may request this Court to appoint an
9  attorney, and request that the Court furnish that
10  attorney with the portions of transcript and records
11  the attorney needs.

12  The request for the appointment of an
13  attorney must be made in writing and sent directly to
14  the Court at the address noted above within 42 days.

15  The financial schedule on the back of
16  this form must be completed.

17  MR. LANKFORD: Thank you, your Honor.
18  Acknowledge receipt.

19  THE COURT: Okay. Now, the final conference
20  in this matter, we're going to adjourn it over. Maybe
21  the People may decide that they want to dismiss these.
22  I don't know. So let's put it over to May 2nd. Okay?

23  MR. LANKFORD: Judge, I'm personally out of
24  town on the 2nd.

25  THE COURT: The 9th.

```
1      MR. LANKFORD:  The 9th?  Okay.
2      THE COURT:  Okay.  Thank you.
3      (At about 12:20 p.m., proceedings concluded.)
4
5                     *   *   *
6
```

CERTIFICATE OF REPORTER

STATE OF MICHIGAN)
                 ) ss
COUNTY OF WAYNE  )

I certify that this transcript, in the matter of THE PEOPLE OF THE STATE OF MICHIGAN vs. MICHON D. HOUSTON, case number 03-001609, consisting of 7 pages, is a complete, true, and correct transcript of the proceedings held in this case on Tuesday, April 22, 2003.

August 13, 2003

JANICE I. PAYNE, CSMR-3521
Official Court Reporter
Third Judicial Circuit Court
- Criminal Division
1441 St. Antoine, 9th Floor
Detroit, MI  48226
(313) 224-2487