# Court of Appeals, State of Michigan

# ORDER

People of MI v Michon Desmond Houston

Docket No.    267865

LC No.    03-001609-01

Kurtis T. Wilder
Presiding Judge

Michael J. Talbot

Kirsten Frank Kelly
Judges

---

The Court orders that the delayed application for leave to appeal is DENIED for lack of merit in the grounds presented.  MCR 2.119(A)(2) provides that except as permitted by the court, the combined length of any motion and brief may not exceed twenty pages.  The rules of civil procedure apply to criminal cases except as otherwise provided by rule or statute, when it clearly appears that they apply to civil actions only, or when a statute or court rule provides a like or different procedure.  MCR 6.001(D).  MCR 6.502(C) governs the form of motions for relief from judgment, but it does not contain a provision that addresses the length of the motion.  The absence of a page limitation does not constitute a different procedure that contradicts MCR 2.119(A)(2).  The trial court has the discretion to allow a defendant to file a motion for relief from judgment that exceeds the twenty-limit limit.  There is no showing that the trial court abused its discretion in this case.

Presiding Judge



A true copy entered and certified by Sandra Schultz Mengel, Chief Clerk, on

JUN 1 2 2006
Date

Chief Clerk

To:
Clerk of the Court
Court of Appeals
3020 West Grand Boulevard
Detroit, MI 48201

Re: People of the State of Michigan v. Michael D. Houston, Case No.

Dear Clerk,

PLEASE FIND enclosed for filing with the Court the original and two
(2) copies of Defendants Application for Leave to Appeal, Motion for Leave to
Consideration, and three (3) copies of the orders and opinions from the Third
Circuit Court for the County of Wayne, and the order issued from the Court
of Appeals.

Respectfully submitted,

_Michael Houston_

Defendant-Appellant

1727 W. Lakewood Highway
Ionia, MI

Dated: 1-12-06

261865

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

-Vs-

VICTOR N. JOHNSON
DEFENDANT-APPELLANT

Supreme Court No. **127674**

Court of Appeals No. **248742**

Lower Court No. **03-1609-01**

[name] Deputy Prosecutor
Attorney for Plaintiff-Appellee
[address] St. Antoine St.
Detroit, MI [zip]

Victor N. Johnson **#313421**
Defendant-Appellant In Pro Per
Gallery Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846



NOTICE OF HEARING

APPLICATION FOR LEAVE TO APPEAL

PROOF OF SERVICE

VERIFICATION

Court of Appeals No: 127674

Circuit Court No: 248742

Lower Court No: 03-1609-01

NOTICE OF HEARING

PLEASE TAKE NOTICE that on 1-23-06 the undersigned will ask the Court to grant Defendant-Appellant Application for Leave to Appeal.

Respectfully Submitted,

Dated: 1-12-06

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

Supreme Court No. **127674**

-vs-

Court of Appeals No. **248742**

VICTOR S. JOHNSTON
DEFENDANT-APPELLANT

Lower Court No. **03-1609-01**

_____
Wayne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, MI 48226

_____
Victor S. Johnston #319451
Defendant-Appellant In Pro Per
Valley Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846
_____



APPLICATION FOR LEAVE TO APPEAL

Defendant-appellant states in support of this application:

1. The Third Circuit Court for the County of Wayne issued three (3) different Opinions and Orders in this Case, July 25, 2005, September 1, 2005, and November 22, 2005.

2. The defendant-appellant filed a motion for relief from judgment and supporting brief seeking relief from judgment of conviction and sentence in this case on April 22, 2005. The Third Circuit Court ordered that defendant-appellants motion and brief in support be returned as 'rejected, on July 25, 2005, under a "MCR 2.119 limits a motion and brief to 20 pages. MCR 2.119 is a Civil procedure rule which applies to criminal cases pursuant to MCR 2.001(2)". (See attached Order dated July 25, 2005)

3. Defendant-appellant resent the Motion for relief from judgment and brief in support along with a motion to file brief exceeding 20 pages, on August 17, 2005. The Court Ordered that the motion be returned and to length

Respectfully submitted,

Date: 1-12-06

_Michael Douster_

Michael L. Douster
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

### VERIFICATION

I, Michael L. Douster, having read the preceding and being fully apprised thereof aver that the statements contained herein are true and correct to the best of my knowledge, information, and belief.

Date: 1-12-06

_Michael Douster_

Michael L. Douster
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

Date: 1-12-06

_Anna Estes_

Notary

ANNA ESTES, Notary Public
State of Michigan
County of Ionia
My Commission Expires June 24, 2011
Acting in the County of IONIA

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

-vs-

MICHAEL T. WINSTON,
Defendant-Appellant.

Supreme Court No. __127674__

Court of Appeals No. __248742__

Lower Court No. __03-1609-01__

State of Michigan)
) ss.
County of Ionia )

PROOF OF SERVICE

I, Michael T. Winston state that on __1-12-06__ I did serve by U.S. mail the original and two (2) copies of Defendant-Appellant's motion for remand, and application for leave to appeal **to**:

Clerk of the Court

~~████████████~~

Court of Appeals
3020 West Grand Boulevard
Detroit, MI 48202

Having read the preceding I affirm that the preceding statements are true and correct to the best of my knowledge, information, and belief.

Respectfully Submitted,

*Michael Winston* (signature)

Michael T. Winston
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

Dated: __1-12-06__

*Anna Estes* (signature)
Notary

ANNA ESTES, Notary Public
State of Michigan
County of Ionia
My Commission Expires June 24, 2011
Acting in the County of __IONIA__

# STATE OF MICHIGAN
## THIRD CIRCUIT COURT CRIMINAL DIVISION
## COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

Case No. 03-1609
Hon. Vera Massey Jones

**MICHON HOUSTON**

**Defendant.**

_____/

### OPINION AND ORDER

At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
**County of Wayne on:** July 25, 2005

**PRESENT:  Honorable Vera Massey Jones**

Defendant having filed a Motion for relief from judgment and a brief consisting

of more than 50 pages.

**IT IS HEREBY ORDERED THAT** defendant's motion and brief be returned to

defendant. MCR 2.119 limits a motion and brief to 20 pages.  MCR 2.119

is a civil procedure rule which applies to criminal cases pursuant to MCR 6.001(D).

July 25, 2005
_____
**DATED**

VERA MASSEY JONES
3RD Circuit Court Judge

# STATE OF MICHIGAN
## THIRD CIRCUIT COURT CRIMINAL DIVISION
## COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

Case No. <u>03-1609</u>
Hon. Vera Massey Jones

**MICHON HOUSTON**

**Defendant.**

_____/

## <u>ORDER</u>

At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
**County of Wayne on:** <u>September 8, 2005</u>

**PRESENT:  Honorable Vera Massey Jones**

Defendant having filed a Motion for brief exceeding 20 pages, the court having

read same and having reviewed the court file.

**IT IS HEREBY ORDERED THAT** the Motion be and is hereby **DENIED**.

Return brief and motion to defendant.  Fifty pages for the Court of Appeals is for a court

that does nothing but appeals.  This is a trial court.  You must limit your motion and brief

to 20 pages.

<u>September 8, 2005</u>
**DATED**

VERA MASSEY JONES
3RD Circuit Court Judge

# STATE OF MICHIGAN
## THIRD CIRCUIT COURT CRIMINAL DIVISION
## COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

 

**Case No.** <u>03-1609</u>
**Hon. Vera Massey Jones**

MICHON HOUSTON

**Defendant.**

_____/

## OPINION AND ORDER

At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
County of Wayne on: <u>November 28, 2005</u>

**PRESENT:** Honorable Vera Massey Jones

Defendant having resent a massive motion and brief.

**IT IS HEREBY ORDERED THAT** defendant must limit his motion and brief to

20 pages. An unpublished opinion from the Court of Appeals applies only to the court

that received the order. Your must appeal my order dated September 8, 2005.

November 28, 2005
**DATED**

Vera Massey Jones
3rd Circuit Court Judge

Court of Appeals, State of Michigan

## ORDER

People of MI v Kenneth P. Byrd

Docket # 201394

L.C. #   87-000901-FC

Joel P. Hoekstra
Presiding Judge

Donald E. Holbrook, Jr.

David H. Sawyer

Judges

---

The Court orders that the motion for rehearing is GRANTED.

Pursuant to MCR 7.205(D)(2), the February 19, 1997 and January 29, 1997 orders of the Macomb Circuit Court in this cause are VACATED, and this cause is REMANDED to the Macomb Circuit Court for further proceedings on defendant's motion for relief from judgment not inconsistent with this order. The 20-page limitation of MCR 2.119(A)(2) is inapplicable to motions for relief from judgment in proceedings under subchapter 6.500 of the court rules because MCR 6.502(C) sets forth the requirements for motions filed under subchapter 6.500. See MCR 6.001(D)(3).

By this order, this Court expresses no opinion as to the merits of defendant's motion for relief from judgment.

This Court retains no further jurisdiction in this cause.

_Presiding Judge_

A true copy entered and certified by Ella Williams, Chief Clerk, on

October 28, 1997
_Date_

_Ella Williams_
_Chief Clerk_

267865

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

—vs—

MICHON D. HOUSTON
DEFENDANT-APPELLANT

Supreme Court No. **127674**

Court of Appeals No. **248742**

Lower Court No. **03-1609-01**

_____/

Wayne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

_____/

Michon D. Houston #316461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

_____/

## MOTION FOR IMMEDIATE CONSIDERATION

Defendant-Appellant states in support of this motion:

1. On **1-12-06** defendant-appellant filed an application for leave to appeal.

2. If defendant-appellant is not granted the relief sought in the application, he will suffer irreparable harm because defendant-appellant has raised six (6) issues challenging his conviction and sentence. And these issues have considerable merit and involve legal principles of major significance in the area of post conviction relief. And defendant-appellant will not be able to successfully challenge his post conviction if the application is not granted.

3. Further, a defendant proceeding under subchapter 6.500 has two (2) major hurdles to overcome (on each individual issue he raises). Without eliminating some of his issues or the controlling authority, defendant cannot possibly include all of his issues in a 20 page document and still meet the requirements under MCR 6.508(D)(3).

4. Also defendant-appellant as of April 22, 2005 has a twelve (12) month time period to seek relief in the Federal Courts in a Writ of Habeas Corpus. Defendant-appellants time period will have exceeded, therefore he will not be able to seek relief in the Federal Courts if he is unable to exhaust all state remedies within the twelve (12) month time period. Having the motion for relief from judgment and brief in support filed is a major part of defendant-appellants exhaustion of state remedies. Without the motion for relief from judgment and brief in support filed within the twelve (12) month time period, defendant-appellant will not be able to present these issues to the Federal Courts because of default.

WHEREFORE, defendant-appellant asks the court to grant immediate consideration.

Respectfully submitted,

Michon D. Houston #316461
Defendant-Appellant    In    Pro-Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

Dated: 1-12-06

## VERIFICATION

I, Michon D. Houston having read the preceding aver that the statements herein are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Michon D. Houston #316461
Defendant-Appellant    In    Pro-Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

1-12-06

Anna Estes

ANNA ESTES, Notary Public
State of Michigan
County of Ionia
My Commission Expires June 24, 2011
Acting in the County of IONIA

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

-vs-

MICHON D. HOUSTON
DEFENDANT-APPELLANT

Supreme court No. **127674**

Court of Appeals No. **248742**

Lower Court No. **03-1609-01**

Wayne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

Michon D. Houston **#**313461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

NOTICE OF HEARING

APPLICATION FOR LEAVE TO APPEAL/W BRIEF IN SUPPORT

PROOF OF SERVICE

VERIFICATION

AFFIDAVIT OF INDIGENCY

Motion to Waive Fee's and Costs

# TABLE OF CONTENTS

JUDGEMENT APPEALED FROM AND RELIEF SOUGHT ........... I

TABLE OF AUTHORITIES ........... II

STATEMENT OF APPELLATE JURISDICTION ........... III

STATEMENT OF QUESTIONS PRESENTED ........... IV

APPLICATION FOR LEAVE TO APPEAL ........... 1

STATEMENT OF FACTS ........... 3

ARGUMENT ........... 4

RELIEF ........... 6

TABLE OF AUTHORITIES

MICHIGAN COURT RULES

MCR 2.119                                    1,2,4,5

MCR 6.001(D)                                 1

MCR 7.205 (D)(2)                             2

MCR 2.119 (A) (2)                            2,4,5

MCR 6.001 (D)(3)                             2,4

MCR 6.500                                    2,4,5

CASES

People v. Kenneth P. Byrd, Docket #201394, L.C. #87-000901-F.C. unpublished   2,3,4

<u>STATEMENT OF APPELLATE JURISDICTION</u>

The The Order/Opinion was entered in this case on July 25, 2005; The Motion

for Relief from judgement was filed on April 22, 2005; The

Jurisdiction is conferred on this Court by Const 1963, art 1, §20; MCL

600.308(1), MSA 27A.308(1);MCL 770.03,MSA28.1100; MCR 6.425(F)(3); MCR 7.203

(A); and MCR 7.204.

<u>STATEMENT OF QUESTIONS PRESENTED</u>

1.   _WAS DEFENDANT DENIED THE RIGHT TO FILE A MOTION FOR RELIEF FROM JUDGE-MENT AND BREIF IN SUPPORT WHEN THE CIRCUIT COURT DENIED DEFENDANTS MOTION FOR RELIEF FROM JUDGEMENT DUE TO IT BEING OVER @ 20 PAGES.

Trial Court answers, "No".

Defendant-Appellant answers, "Yes".

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

-vs-

MICHON D. HOUSTON
DEFENDANT-APPELLANT

Supreme Court No. __127674__

Court of Appeals No. __248742__

Lower Court No. __03-1609-01__

---

Wayne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

---

Michon D. Houston #316461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48346

---

APPLICATION FOR LEAVE TO APPEAL

Defendant-appellant states in support of this application:

1. The Third Circuit Court for the County of Wayne issued three (3) different Opinions and Orders in this Case, July 25, 2005, September 3, 2005, and November 28, 2005.

2. The defendant-appellant filed a motion for relief from judgement and supporting brief seeking relief from judgment of conviction and sentence in this case on April 22, 2005. The Third Circuit Court ordered that defendant-appellants motion and brief in support be returned to defendant, on July 25,2005, stating: "MCR 2.119 limits a motion and brief to 20 pages. MCR 2.119 is a Civil procedure rule which applies to criminal cases pursuant to MCR 6.001(D)". (See attached Order dated, July 25, 2005)

3. Defendant-appellant resent the Motion for relief from judgment and brief in support along with a motion to file brief exceeding 20 pages, on August 17, 2005. The Court Ordered that the motion be returned and is hereby

1

denied, on September 2, 2005, stating: "Fifty pages for the Court of Appeals is for a Court that does nothing but appeals, and that defendant must limit motion and brief to 20 pages. (See attached Order dated September 2, 2005)

4. Defendant-appellant resent motion for relief from judgment and brief in support, this time with an Order that was unpublished from the Court of Appeals, People of Mi v. Kenneth R. Byrd, Docket #201904, L.C. #87-203901-FC.

5. On November 28, 2005 the Court ordered that defendant-appellant again must limit his motion and brief to 20 pages, and that an unpublished opinion from the Court of Appeals applies only to the Court that recieved the order. And that defendant-appellant must appeal the order dated September 2, 2005. (See attached order dated November 28, 2005)

6. Pursuant to MCR 7.205(D)(2), the February 12, 1997 and January 28, 1997 orders of the Macomb Circuit Court in this cause are vacated, and this cause is REMANDED to the Macomb Circuit Court for further proceedings on defendants motion for relief from judgment not inconsistent with this order. The 20 page limitation of MCR 2.119(A)(2) is inapplicable to motions for relief from judgment in proceedings under subchapter 6.500 of the Court rules because MCR 6.502(c) sets forth the requirements for motions filed under subchapter 6.500. See MCR 6.001(D)(3). The above is quoted from the Court of Appeals Order. (See Court of Appeals Order)

7. The Court of Appeals specifically stated that the 20-page limitation of MCR 2.119(A)(2) is inapplicable to motions for relief from judgment in proceedings under subchapter 6.500 of the Court rules. In which the trial court used MCR 2.119 to deny defendant-appellants motion for relief from judgment and supporting brief.

THEREFORE, defendant-appellant asks the Court to grant this application and, upon final hearing, And vacate the orders from the Wayne Circuit Court, and remand this cause to the Wayne Circuit Court for further proceedings.

## STATEMENT OF FACTS

Defendant-Appellant was con victed by jury on April 7, 2003, of first degree premeditated murder, felon in possession of a firearm, and felony firearm in Wayne County Circuit Court, the Honorable Vera Massey Jones presiding. Defendant was sentenced on April 22, 3003, to mandatory life and 11/2 t0 5 years, consecutive to 2 years. On November 9, 2004, the Court of Appeals Affirmed these convictions in an unpublished opinion. Then on may 31, 2005 the Michigan Supreme Court denied Application for leave to appeal.

Then on April 22, 2005 defendant-appellant filed a motion for relief from judgement and supporting brief seeking relief from judgement and conviction and sentence. The Third Circuit Court Odered that defendant must limit his motion and brief to 20 pages. Defendant then resent the 50 page motion and brief with a motion to exceed 20 pages on August 17, 2005. The Circuit Court denied defendant-appellants motion for relief from judgement and brief once again, stating that defendant must limit his motion and brief to 20 pages. Defendant resent the motion for relief from judgement and brief, this time with an unpublished opinion from the Court of Appeals (People v. Kenneth P. Bryd, Docket #201394, L.C.#87-000901-FC.) The Circuit Court sent the motion and brief back to defendant-appellant again, stating that the motion and brief must have a limit of 20 pages, and that defendant-appellant must appeal the order given september 8, 2005. (See order's and opinion's attached).

ARGUMENT 1        DEFENDANT-APPELLANT WAS DENIED THE RIGHT TO FILE A MOTION FOR RELIEF FROM JUDGEMENT AND BREIF IN SUPPORT BY THE CICUIT COURT DENYING DEFENDANTS-APPELLANTS MOTION BECAUSE IT WAS OVER 20 PAGES

The standard of review for filing Motions for Relief from Jucgement and set requirements are under MCR 6.500, and MCR 6.001(D)(3).

Defendant-Appellant filed a Motion for Relief from Judgement and brief in support to the Third Circuit Court for the County of Wayne on April 22, 2005 The Circuit Court returned defendant-appellants motion and brief with an Order stating that defendant-appellant must limt his motion and brief to 20 pages. Also stating that MCR 2.119 limits a motion and brief to 20 pages. Defendant-Appellant resent the Motion for Relief from Judgement and brief in support again on August 17, 2005, with a motion to file brief exceeding 20 pages. The Circuit Court again returned defendant-appellants motion and brief, wth another Order stating that motion is denied because fifty pages is for a Court that does nothing but appeals, and that defendant must limit his motion and brief to 20 pages. Once again defendant-appellant resent the motion for relif from judegment and brief in support, this time with an Order from the Court of Appeals dated October 28, 1997, People v. Kenneth P. Bryd, Docket #201394, L.C. #87-000901-FC. The Circuit Court again sent back defendant-appellants motion and brief with another Order stating that defendant must limit his motion and brief to 20 pages, and that an unpublishied order from the Court of Appeals applies only to the Court that recieved the Order. And also stated that defendant-appellant must appeal the order dated september 8, 2005. (see attached orders and opinions).

The 20 page limitation of MCR 2.119 (a)(2) is inapplicable to Motions for Relief from Judgement in procedding under subchapter 6.500 of the Court Rules because MCR 6.502(c) sets forth the requirements for motions filed under subchapter 6.500. See MCR 6.001(d)(3).

The Court of Appeals specifically stated that the 20 page limitation of MCR 2.119 (A)(2) is inapplicable to motions filed ~~~~ for Relief from Judgement in proceedings under subchapter 6.500 of the Court Rules. The Circuit Court used MCR 2.119 to deny defendants-appellants motion for relief from judegement and supporting brief, Defendant-Appellant asks this Court to grant this Application and reverse the Circuit Courts Order based on the above, because 6.502(c) sets forth the requirements for motions filed under subchapter 6.500, not MCR 2.119.

RELIEF

WHEREFORE, this Court should reverse the Circuit Courts decision.

Respectfully submitted,

Michon D. Houston #316461
Bellamy Creek Correctional Facility
1727 Bluewater Highway
Ionia, MI 48846

Dated: 2-23-06

6

STATEMENT OF FACTS

EXPLAINING THE DELAY IN FILING THE APPEAL

The Third Circuit Court for the County of WAyne issued three seperate opinions and Orders in this case, July 25, 2005; September 8, 2005; and November 28, 2005. The opinions and Orders were issued in defendants-appellants case because of the fact that defendant filed a motion for Relief From judgement and supporting brief, seeking relief from judgement and conviction and sentence in this case. Defendant-Appellant filed the Motion for Relief from judgement three different times, april 22, 2005; August 17,2005; and November 14,2005; In which the Circuit Court denied for the reasons of the motion and brief being over 20 pages. (See attached Orders). The reason the defendant-appellant did not meet the 21 day deadline in an application for leave to appeal to appeal the Circuit Courts decision is because defendant-appellant was not aware that he had to appeal the Oder dated September 8, 2005 until an order was issued on November 28,2005, in which that order stated to appeal the order issued september 8, 2005. It never was stated in the order issued September 8, 2005 to appeal the decision. Therefore when defendant-appellant was informed to appeal the september 8. 2005 order in the order issued on November 28,2005 it was already well over the 21 day requirement. Furthermore defendant-appellant lacks the ability and proper knowledge to perfect a proper Application for leave to appeal. Defendant-Appellant is filing the Application in Pro Per, with no assistance, therefore appellant probrably would have needed more than 21 days.

STATEMENT OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

-vs-

MICHON D. HOUSTON
DEFENDANT-APPELLANT

_____/

WAYNE County Prosecutor
Attorney for plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

_____/

Michon D. Houston #316461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

_____/

## MOTION FOR WAIVER OF FEES/COSTS

___   NOW COMES Defendant-Appellant Michon D. Houston, in Pro Per and moves this

Honorable Court pursuant to MCR 2.002(D) for waiver of fees/costs associated

with the defendant-appellant's Motion for Relief from Judgement and any evi-

dentiary matters arising there therefrom.

Defendant-Appellant has submitted along with this motion, defendant's-

appellant's Affidavit of Indegency with a certificate of Inmate Account Activit

establishing his indigency for the Court.

It is for the reasons set forth in Defendant-Appellants Affidavit of Ind-

igency that he prays this Honorable Court will grant this motion.

Respectfully Submitted,

Michon D. Houston #316461
Defendant-Appellant in Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

Supreme Court No. 127674

-vs-

Court of Appeals No. 248742

MICHON D. HOUSTON
DEFENDANT-APPELLANT

Lower Court No. 03-1609-01

_____/

WAyne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

_____/

Michon D. Houston #316462
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facilty
1727 W. Bluewater Highway
Ionia, Mi 48846

_____/

AFFIDAVIT OF INDIGENCY

   I, Michon D. Houston state and affirm as follows;

I am indigent. I have no moneys, stocks, bonds, or other tangible assets.

My only source of income is support from family and friends. I declare

that the ~~____~~ statements herein are true and correct to the best of my

knowledge, information and belief.

                                    Respectfully Submitted,

                                    Michon D. Houston #316461
                                    Defendant-Appellant In Pro Per
                                    Bellamy Creek Correctional Facility
                                    1727 W. Bluewater Highway
                                    Ionia, MI 48846

DAted: 2-23-06   2/24/06 M.W.

MICHAEL R. WALCZAK, Notary Public
Ionia C_____ _____
My Commission Expires Mar. 2, 2008

2/24/06

STATE OF MICHIGAN

IN THE COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN
PLAINTIFF-APPELLEE

-vs-

MICHON D. HOUSTON
DEFENDANT-APPELLANT

Supreme Court No. **127674**

Court of Appeals No. **248742**

Lower Court No. **03-1609-01**

_____

Wayne County Prosecutor
Attorney for Plaintiff-Appellee
1441 St. Antoine St.
Detroit, Mi 48226

_____

Michon D. Houston #316461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

_____

To;
Wayne County Prosecutor
Attorney for Plaintiff-Appellee

NOTICE OF HEARING

PLEASE TAKE NOTICE that on **1-23-06** the undersigned will move the Court

to grant Defendant-Appellants Application for Leave to Appeal.

Respectfully Submitted,

Michon D. Houston #316461
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

Dated: **1-12-06**

Respectfully Submitted,

Dated: 1-12-06

/s/ _Michon Houston_
Michon D. Houston #315451
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Mi 48846

### VERIFICATION

I, Michon D. Houston, having read the preceding and being fully apprised thereof aver that the statements contained herein are true and correct to the best of my knowledge, information, and belief.

Signed,

_Michon Houston_
Michon D. Houston #315451
Defendant-Appellant In Pro Per
Bellamy Creek Correctional Facility
1727 Bluewater Highway
Ionia, Mi 48846

Dated: 1-12-06

_Anna Estes_
Notary

ANNA ESTES, Notary Public
State of Michigan
County of Ionia
My Commission Expires June 24, 2011
Acting in the County of _IONIA_

# STATE OF MICHIGAN
# THIRD CIRCUIT COURT CRIMINAL DIVISION
# COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

Case No. 03-1609
Hon. Vera Massey Jones

**MICHON HOUSTON**

**Defendant.**

_____/

## OPINION AND ORDER

At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
**County of Wayne on:** July 25, 2005

**PRESENT:  Honorable Vera Massey Jones**

Defendant having filed a Motion for relief from judgment and a brief consisting

of more than 50 pages.

**IT IS HEREBY ORDERED THAT** defendant's motion and brief be returned to

defendant. MCR 2.119 limits a motion and brief to 20 pages.  MCR 2.119

is a civil procedure rule which applies to criminal cases pursuant to MCR 6.001(D).

July 25, 2005
_____
**DATED**

**VERA MASSEY JONES**
3RD Circuit Court Judge

# STATE OF MICHIGAN
## THIRD CIRCUIT COURT CRIMINAL DIVISION
## COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

Case No. <u>03-1609</u>
Hon. Vera Massey Jones

**MICHON HOUSTON**

**Defendant.**

_____/

## <u>ORDER</u>

At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
**County of Wayne on:** <u>September 8, 2005</u>

**PRESENT:  Honorable Vera Massey Jones**

Defendant having filed a Motion for brief exceeding 20 pages, the court having

read same and having reviewed the court file.

**IT IS HEREBY ORDERED THAT**  the Motion be and is hereby **<u>DENIED</u>**.

Return brief and motion to defendant.  Fifty pages for the Court of Appeals is for a court

that does nothing but appeals.  This is a trial court.  You must limit your motion and brief

to 20 pages.

_September 8, 2005_
**DATED**

**VERA MASSEY JONES**
**3RD Circuit Court Judge**

# STATE OF MICHIGAN
## THIRD CIRCUIT COURT CRIMINAL DIVISION
### COUNTY OF WAYNE

**PEOPLE OF THE STATE OF MICHIGAN**

**Plaintiff.**

MICHON HOUSTON

**Case No.** <u>03-1609</u>
**Hon. Vera Massey Jones**

**Defendant.**

_____/

### OPINION AND ORDER

**At a session of said Court held in the Frank Murphy Hall of
Justice-Criminal Division of the City of Detroit, State of Michigan,
County of Wayne on:** <u>November 28, 2005</u>

**PRESENT:** Honorable Vera Massey Jones

Defendant having resent a massive motion and brief.

**IT IS HEREBY ORDERED THAT** defendant must limit his motion and brief to

20 pages. An unpublished opinion from the Court of Appeals applies only to the court

that received the order. Your must appeal my order dated September 8, 2005.

November 28, 2005
**DATED**

Vera Massey Jones
**3rd Circuit Court Judge**

Court of Appeals, State of Michigan

# ORDER

People of MI v Kenneth P. Byrd

Docket # 201394

L.C. #   87-000901-FC

Joel P. Hoekstra

Presiding Judge

Donald E. Holbrook, Jr.

David H. Sawyer

Judges

_____

The Court orders that the motion for rehearing is GRANTED.

Pursuant to MCR 7.205(D)(2), the February 19, 1997 and January 29, 1997 orders of the Macomb Circuit Court in this cause are VACATED, and this cause is REMANDED to the Macomb Circuit Court for further proceedings on defendant's motion for relief from judgment not inconsistent with this order.   The 20-page limitation of MCR 2.119(A)(2) is inapplicable to motions for relief from judgment in proceedings under subchapter 6.500 of the court rules because MCR 6.502(C) sets forth the requirements for motions filed under subchapter 6.500.  See MCR 6.001(D)(3).

By this order, this Court expresses no opinion as to the merits of defendant's motion for relief from judgment.

This Court retains no further jurisdiction in this cause.

Presiding Judge

A true copy entered and certified by Ella Williams, Chief Clerk, on

October 28, 1997
Date

Ella Williams
Chief Clerk