UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHON HOUSTON, #316461,

    Petitioner,

v

NICK LUDWICK,

    Respondent.
_____/

CASE NO: 2:08-CV-10963
HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE
HONORABLE VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

### AFFIDAVIT OF CORBIN R. DAVIS

STATE OF MICHIGAN    )
                              )ss
COUNTY OF INGHAM    )

    Corbin R. Davis, being first duly sworn, deposes and says:

1. That I am Clerk for the Michigan Supreme Court and make this Affidavit in that capacity.

2. That I have searched the files and records of the Michigan Supreme Court and find that Michigan Court of Appeals docket number 267865 has not been appealed to this court.

    Further Affiant says not.

                                                          _____
                                                           Corbin R. Davis, Clerk
                                                           Michigan Supreme Court

Subscribed and sworn to before me
this 24th day of July, 2008.

_____
Cheryl L. Croyle, Notary Public
Eaton County Acting in
Ingham County, Michigan
My Commission Expires: 01/19/2014

2008002014A